UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA D. PADILLA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES PATENT OFFICE,<br><br>    Defendant. | No. 2:16-cv-02631-GEB-AC<br><br><br><br>ORDER |

    Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21).  It has come to the court's attention that plaintiff has been e-mailing the courtroom deputy with legal questions.  Plaintiff's case was closed over three years ago, on July 27, 2017.  ECF No. 6.

    Plaintiff is advised that the courtroom deputy cannot answer legal questions or questions about filing, and such communications will be disregarded.  Plaintiff is further advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: February 23, 2021

_[signature]_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1